UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GELSON ALCANTARA LOPEZ, ET AL.,

                Plaintiffs,

- against -

TMS MANAGEMENT, ET AL.,

                Defendants.
_____

22-cv-10714 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 27, 2023.

SO ORDERED.

Dated:    New York, New York
           January 13, 2023

                                          John G. Koeltl
                                United States District Judge