```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GELSON ALCANTARA LOPEZ, ET AL.,

                Plaintiffs,

- against -

TMS MANAGEMENT, ET AL.,

                Defendants.

22-cv-10714 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 18, 2023 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           April 11, 2023

                                      John G. Koeltl
                            United States District Judge