UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GELSON ALCANTARA LOPEZ, ET AL.,

          Plaintiffs,

- against -

TMS MANAGEMENT, ET AL.,

          Defendants.

22-cv-10714 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

By **April 24, 2023**, the parties are directed to report to the Court on the status of the mediation that was scheduled for March 29, 2023. If settlement was reached and the plaintiffs intend to file a stipulated dismissal of this Fair Labor Standards Act case under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are directed to submit any settlement agreement for the Court to review pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

SO ORDERED.

Dated:    New York, New York
          April 17, 2023

                                  John G. Koeltl
                            United States District Judge