UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GELSON ALCANTARA LOPEZ, ET AL.,

                        Plaintiffs,

      - against -

TMS MANAGEMENT, ET AL.,

                       Defendants.
_____

22-cv-10714 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit a letter to the Court explaining why the settlement in this case is fair, reasonable, and adequate. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200 (2d Cir. 2015).

    The letter should include an explanation of the attorney's fees and costs together with the necessary time records, biographies, and billing rates to calculate the lodestar.

    The letter should be submitted by **May 12, 2023**.

SO ORDERED.

Dated:    New York, New York
           April 25, 2023

                                     John G. Koeltl
                            United States District Judge