UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GELSON ALCANTARA LOPEZ, ET AL.,

                       Plaintiffs,

- against -

TMS MANAGEMENT, ET AL.,

                       Defendants.

---

22-cv-10714 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are reminded that they should effectuate the settlement that the Court approved on May 22, 2023 (ECF No. 35) and should file a stipulation of dismissal promptly.

SO ORDERED.

Dated:    New York, New York
           June 5, 2023

                                              John G. Koeltl
                                       United States District Judge