UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GELSON ALCANTARA LOPEZ and
RAMON ARIAS, individually and on behalf
of all others similarly situated,

    Docket No. 22-cv-10714

              *Plaintiffs*,

    -against-

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

TMS MANAGEMENT, T-STONE CORP.,
SACCHETTI REALTY, VITO SACCHETTI,
MICHAEL SACCHETTI, and any other related
Individuals and/or entities,

              *Defendants.*
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for all the Parties to the above-entitled action, that any all and claims asserted by Plaintiffs are hereby dismissed, with prejudice, without costs to any party or against any other.

Dated: June 9, 2023

By: _____
Ruth Bogatryow Kraft, Esq.
Flacon, Rappaport & Berkman LLP
265 Sunrise Highway, Ste 50,
Rockville Centre, New York 11570
*Attorneys for Defendants*

By: _____
Chaya Gourarie, Esq.
Bell Group, PLLC
116 Jackson Avenue
Syosset, New York 11791
*Attorneys for Plaintiff*

SO ORDERED:
_____
JOHN G. KOELTL, U.S.D.J
6/20/23