```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

GELSON ALCANTARA LOPEZ, ET AL.,

                Plaintiffs,

- against -

TMS MANAGEMENT, ET AL.,

                Defendants.

22-cv-10714 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    To assist the Court in determining the reasonableness of the settlement and attorney's fees, by **December 28, 2023,** the plaintiff should provide the following information: (1) the settlement agreement; (2) an explanation of the reasonable and adequate nature of the settlement and attorney's fees; and (3) the information necessary to calculate the "lodestar cross-check" -- namely the time records for the attorney work performed, the usual hourly rate for the plaintiff's counsel, and a brief biography of any lawyers who worked on the case.

**SO ORDERED.**

Dated:    New York, New York
            December 14, 2023

                                        _____
                                             John G. Koeltl
                                     United States District Judge