```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

GELSON ALCANTARA LOPEZ, ET AL.,

              Plaintiffs,        22-cv-10714 (JGK)

     - against -                  <u>ORDER</u>

TMS MANAGEMENT, ET AL.,

              Defendants.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The time for the plaintiffs to provide the information necessary to determine the reasonableness of the settlement and attorney's fees pursuant to this Court's Order, ECF No. 42, is extended to **January 11, 2024.**

**SO ORDERED.**

Dated:    New York, New York
           January 2, 2024

                                           /s/ John G. Koeltl
                                          **John G. Koeltl**
                           **United States District Judge**