```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

GELSON ALCANTARA LOPEZ, ET AL.,

           Plaintiffs,

   - against -

TMS MANAGEMENT, ET AL.,

           Defendants.

22-cv-10714 (JGK)

ORDER

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    ECF Nos. 42 and 43 are vacated, and the case has been terminated.

**SO ORDERED.**

Dated:    New York, New York
            January 3, 2024

                                        /s/ John G. Koeltl
                                          **John G. Koeltl
                         United States District Judge**